**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARICRIS VULICH, | Case No.: 2:23-cv-01271-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

In light of defendant State Farm Mutual Automobile Insurance Company' response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not be remand this action for lack of subject matter jurisdiction.

DATED this 1st day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE