Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Maricris Vulich**, <br><br> Plaintiff, <br><br> vs. <br><br> **State Farm Mutual Automobile Insurance Company;** Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:23-cv-01271-APG-DJA <br><br> **Stipulation to Extend Deadline for Plaintiff to File a Response to Defendant's Partial Motion to Dismiss (ECF No. 8)** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED by Plaintiff, Maricris Vulich, by and through her counsel of record at H&P Law, and Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel of record at Lewis Brisbois Bisgaard & Smith, that the time for Plaintiff to file her response to Defendant State Farm Mutual Automobile Insurance Company's Partial Motion to Dismiss Plaintiff's Complaint or Alternatively, Motion for a More Definite Statement, filed on August 23, 2023, be extended from September 6, 2023, 2023, to September 13, 2023, as Plaintiff's counsel has been out of the office unexpectedly due to family obligations.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED: 9/5/2023.                                  DATED 9/5/2023.

H&P LAW                                           LEWIS BRISBOIS BISGAARD & SMITH

 /s/ Marjorie Hauf                                 /s/ Frank Toddre, II
Marjorie Hauf, Esq.                               Robert Freeman, Esq.
Nevada Bar No. 8111                               Nevada Bar No.: 3062
Cara Xidis, Esq.                                  Frank Toddre, II
Nevada Bar No.: 11743                             Nevada Bar No. 11474
Attorneys for Plaintiff                           Attorney for Defendant

IT IS SO ORDERED:

Dated: September 6, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE