ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARICRIS VULICH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; inclusive and ROE CORPORATIONS I through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01271-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for State Farm Mutual Automobile Insurance Company's Reply in Support of Partial Motion to Dismiss, currently due on September 20, 2023[1], shall be extended an additional week, to September 27, 2023.

State Farm had previously agreed to a Stipulation and Order to extend time for Plaintiff Maricris Vulich to file their Response to the Partial Motion to Dismiss, moving the last day for filing from September 6, 2023, to September 13, 2023.[2] Plaintiff ultimately filed their opposition on

---

[1] Minute Order accompanying ECF 14.

[2] ECF 13.

129518501.1

September 13, 2023.[3] The Court then set the deadline for Defendant State Farm to Reply to September 20, 2023.[4]

      State Farm Mutual Automobile Insurance Company will have up to and until September 27, 2023 to file a Reply in Support of their Partial Motion to Dismiss. This is to allow SFMAIC adequate time to respond to the Opposition to the Motion.

| | |
|---|---|
| Dated this 18th day of September, 2023. | Dated this 18th day of September, 2023. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | H & P LAW |
| /s/ Frank A. Toddre, II | /s/ Cara Xidis |
| Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Frank A. Toddre, II, Esq.<br>Nevada Bar No. 11474<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for State Farm Mutual Automobile Insurance Company* | Marjorie L. Hauf<br>Nevada Bar No. 8111<br>Matthew G. Pfau<br>Nevada Bar No. 11439<br>Cara Xidis<br>Nevada Bar No. 11743<br>710 South 9th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Maricris Vulich* |

**ORDER**

IT IS SO ORDERED.

DATED this __19th__ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[3] ECF 14.

[4] Minute Order accompanying ECF 14.