ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARICRIS VULICH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; inclusive and ROE CORPORATIONS I through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01271-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED and AGREED between Plaintiff MARICRIS VULICH ("Plaintiff"), by and through her counsel, H&P LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 16th day of February, 2024.           Dated this 14th day of Feb, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP           H&P LAW

/s/ *Frank A. Toddre, II*                     /s/ *Cara Xidis*

Robert W. Freeman, Esq.                       Marjorie L. Hauf, Esq.
Nevada Bar No. 3062                           Nevada Bar No. 8111
Frank A. Toddre, II                           Matthew G. Pfau, Esq.
Nevada Bar No. 11474                          Nevada Bar No. 11439
6385 S. Rainbow Boulevard, Suite 600          Cara Xidis, Esq.
Las Vegas, Nevada 89118                       Nevada Bar No. 11743
*Attorneys for Defendant State Farm Mutual*   710 S. 9th Street
*Automobile Insurance Company*                Las Vegas, Nevada 89101
                                              *Attorney for Plaintiff*

### ORDER

IT IS SO ORDERED.

Dated this 20th day of February, 2024.

_____
U.S. DISTRICT COURT JUDGE